REINHARDT SCHULER, Respondent, v. FREDERICK A. CONKLING and CARRIE M. CONKLING, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

ADOLPH WITTEMANN, Respondent, v. LORILLARD SPENCER, Appellant.— Order and judgment reversed, with ten dollars costs and disbursements, and motion for judgment on the pleadings denied, with ten dollars costs, upon the ground that the liability of the defendant as indorser under section 114 of the Negotiable Instruments Law is not conclusive (See *Haddock, Blanchard & Co.* v. *Haddock*, 192 N. Y. 499, 512), and that the defense claiming a joint liability between the parties is not insufficient as matter of law. (See cases cited in 11 Am. Law Rep. at p. 1335.) Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

ADOLPH WITTEMANN, Respondent, v. AUSTIN L. SANDS, Appellant.— Order and judgment reversed, with ten dollars costs and disbursements, and motion for judgment on the pleadings denied, with ten dollars costs, on authority of *Wittemann* v. *Spencer* (*ante*, p. 855), decided herewith. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

EFFIE W. WOODWARD, Appellant, v. FREDERICKA TREETZ, Respondent.— Judgment and order reversed upon the law and the facts, and a new trial granted, with costs to appellant to abide the event. Upon the evidence presented, the question as to whether the plaintiff was the procuring cause of the sale was a question of fact for the jury. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

ANNIE BAKER, Appellant, v. WILLIAM W. RIDER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

THE CITY OF NEW YORK, Appellant, v. HENRY L. BELL, Respondent.— Judgment and order affirmed, with costs. No opinion. Rich, Jaycox, Kelby and Young, JJ., concur; Kelly, P. J., dissents.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of MARY HOLMES, Respondent, v. GUSTAVE LIOTTA, Appellant.— Order of filiation by the Court of Special Sessions unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

CORTLAND REALTY COMPANY OF NEW YORK, Appellant, v. ALEXANDER BARILE, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

PATRICK J. DALY, Appellant, v. CIRO PROVENZANO and Others, Respondents.— Judgment reversed on the law and the facts, and a new trial granted, with costs to abide the event, for the reason that the sole finding that defendant Pascale took the assignment of the bond and mortgage in good faith is not sufficient to defeat the action without proof of acts or omissions on the part of the plaintiff constituting estoppel. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.